RECEIVED
CURT DOCKET UNIT
2018 SEP -1   AM 10: 54

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Tory Lamar means, AND_
_Kim vasquez (Kum Key Ype III)_

Write the full name of each plaintiff.

No. **18CV9182**

(To be filled out by Clerk's Office)

-against-

_Rockland County Correctional Facility,_
_Rockland County Jail medical department,_
_John Doe(s), Keefe Commissary network_
_Rockland County Court, Rockland County Bar association_
_et. AL;_

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. §1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

*42 USC § 1996*

☑ Violation of my federal constitutional rights

*42 U.S.C. § 1988, 1981, 1982 & 1983 (ANY AND All PERTINANT JURISDICTIONS)*

☑ Other: *28 U.S.C. § 1331, 28 U.S.C. § 1343, 28 U.S.C. § 1334, 28 U.S.C. 2254, et. Al )*

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

*Plaintiff 1.* ~~First~~    ~~Middle Initial~~    Tori L. means and plaintiff 2. Kim vasquez (Kum Key Yee III )    ~~Last Name~~

*N/A*

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

*N/A*

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

*Rockland County Correctional Facility (Both plaintiff's)*
Current Place of Detention

*51 New hempstead Rd*
Institutional Address

*New City*          *NY*          *10956*
County, City        State         Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee's (Both plaintiffs)
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other:

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: *Rockland County Correctional Facility medical Department*

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

*51 New hempstead Rd*

Current Work Address

*New City               NY          10956*

County, City          State          Zip Code

Defendant 2: *Rockland County Correctional Facility*

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

*53 New hempstead Rd*

Current Work Address

*New City               NY          10956*

County, City          State          Zip Code

Defendant 3: *Rockland County Correctional facilities (John Doe(s)*

First Name          Last Name          Shield #

*Grievance Coordinator, Supervisor of Safety, Officers) et.AL;*

Current Job Title (or other identifying information)

*53 new hempstead Rd*

Current Work Address

*New City               NY          10956*

County, City          State          Zip Code

Defendant 4: *Rockland County Bar association (lawyers ChristinA*

First Name          Last Name          Shield #

*CignAk And TherisA DiFalco )(18-b lawyers )*

~~Current Job Title (or other identifying information)~~

*ADress UNknown*

Current Work Address

*Rockland COUNty     NY     10956*

County, City          State          Zip Code

Page 3

Defendants 5. Rockland County Correctional officers - Strip Search John Doe(s) - Adress 51 New Hempstead Road New City, NY 10956

Defendant 6. Keefe Commissary Network
P.O. Box 17490, St Louis, MO 63178-7490
340 for Rockland County Corr Ctr

Defendant 7 - ROCKLAND COUNTY - 11 NEW HEMPSTEAD ROAD, New City, NY 10956

Defendant 8 Rockland County Public Defenders office ( & lawyers
11 New hempstead Rd            Involved
New City NY 10956              STEPHANIE JORDAN
                              MARK LIGUOR
                              DAVID CONSTANZA
                              CHRISTOPHER WATERS

Defendants 9 - Rockland County Court
        1 South Main Street New City, NY 10956

Defendant 10 - Spring Valley Court
        200 North Main Street Spring Valley, NY 10977

Defendant 11 - CLARKSTOWN COURT - 20 Maple Ave. New City, NY 10956

Defendants 12 - clarkstown Police officers ) John Doe(s) 20 Maple Ave. New City, NY 10956

PAGE 4

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: PlACes MentioNed IN ClAIM SeveraL locATioNS
MosT IN RocklAND couNTy JAil, SoMe IN courts et. AL;

Date(s) of occurrence: SeveraL DATes which ARe listed IN clAIM.

FACTS: This Is AN ONgoINg clAIM with oNgoINg iNJuries & right DeprivATioNS, ViolATioNS, AND DeNiAl

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

At this present moment the plaintiff's Tory means and Kim vasquez are suffering with pain's with inJuries that occured 6 Day's ago. The plaintiff's suffered inJuries when they Both lost ankle support and collided Banging into the Brick wall while playing Basketball. Tory means suffered a fractured ankle and utilize's Crutches to complete simple Daily task included the shower. Kim vasquez suffered a Concussion the Back of his head hit the wall with tremendous force and landed on his hip Bone he was Dizzy and has Been suffering from lock Jaw. Both plaintiff's landed Abruptly on the Concrete ground Both plaintiff's suffered hip inJuries and are still sore and in pain. Both plaintiff's are Being Denied x ray's and mri's, Kim vasquez is Being Denied a nurologist exam for his tramatic Brain inJury and neck pain, Because the Rockland County Correctional Facility medical Department is Being Deliberately indifferent towards their inJuries and treatment required. The sneaker's provided By the Rockland County Correctional Facility Cause inJuries when playing Basketball, running or walking. They Do not allow us our sneaker's out of our property. There is a Brick wall Directly Behind the Basketball rim, that is extremly Dangerous, and this is the only place we can play Basketball.

Page # 5

Plaintiffs both were injured by the brick wall that is Directly behind the basketball rim. This is Unsafe And plaintiffs vow to never risk thier safety to play basketball or get recreation to relieve stress or exercise IN such unsafe conditions. The concrete ground has huge cracks IN the ground And the thin sneakers provided give No Ankle support And Are Not for outdoor exercise. The Plaintiff hope that this traumatic experience Does Not cause permanant DAMAGE.

**INJURIES:**     continue to claims on additional pages

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Both plaintiff's head aches and migrains from stress. Tory means suffer's from fractured ankle with suffering to carry on lifes Duties on crutches. Kim Vasquez endures head PAIN, suffered sprained elbows, scars, concussions, loss of blood, migraines, lock jaw, Dizziness, Daily migraines and loss of natural balance. Both plaintiffs suffered trauma from humiliation And Degradation of strip searches.

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

Both Plaintiffs request Preliminary Judgements for the Deprivation of being Denied our speedy trial rights from being Arraigned, being subjected to No Access to the Courts, No Ability to make A free legal phone call IN private, No effective Assistance of Counsel, being Denied Medical CARE, And being subjected to humiliating strip searches, Also being over charged for U.S. postage. Plaintiffs request to be provided emmediate Pro. bono counsel, And Judicial Intervention by the U.S. Attorney And this federal court.

(Page 7)

Both Plaintiffs request An Order granting the plaintiffs the Amounts of One hundred thousand Dollars U.S. currency for being subjected to unsafe conditions which caused injuries. ~~xxxxxxxxxx~~ The Plaintiffs want injunctive relief for All RIGHTS BEING DENIED AND DEPRIVED. The Amount of relief Sought is UNKNOWN because the pain and suffering is ongoing yet the PLAINTIFFS Seek FAIR Monetary compensation And Civil RightS And Constitutional Rights being provided. PLAINTIFFS Seek No less than One Million Dollars U.S. currency for the Denial of Private Free Phone CAlls, And Access to the Courts, Denial of Grievances, Religious violations, All Included. The PLAINTIFFS Also want Supplemental State law claims for the INjuries, PAIN, Suffering, Also Deprivation Of Constitutional, Civil, And human Rights. Also for the violations and infractions for A State, county, federal, And local laws And rules for Punitive DAMAGES Also. PLAINTIFFS Seek No less than ONE million Dollars each. Including the Strip Search humiliation. The PLAINTIFFS WANT STAMPS for $48 or 49 ¢ free legal mail, ~~xxxxxxxxx~~ from KEEFE COMMINSARY Network (one million Dollars U.S. currency).

"LEGAL"

## Second Complaint          Complaint number 2

Both plaintiff's are Being Denied adequate access to the court's. the entire population is Being Denied their First amendment. the rockland County Correctional facility does not provide, Law Book's at all, paper, type writter, legal postage, Carbun paper, Law Library assistance, envelopes, Legal addresses, Free Legal letter upon entre. They also charge 50¢ per postage and we are Subjected to purchase a whole Book of ten Stamp for five Dollars, there is no option to purchase A single regular postage stamp for 48¢ or 49¢. The PLAINTIFFS, also the entire Rockland County Correctional facilitys population Is being deprived of our Fifth Amendment of the U.S. Constitution pursuant to N.Y. Criminal procedure law(s) § 170.10 (3)(b) & 180.10 (3)(b), because by law we are entitled A free letter to obtain counsel or inform a relative or friend, upon entry to the facility. Both Plaintiffs Also Are being Deprived of thier Fifth and Sixth Amendment of the U.S. Constitution At this current moment because both PLAINTIFFS are Detainee's both being charged upon total hearsay Allegations with No single witness that verified At Any Prdiminary hearing that thier Is enough evidence to charge us with A felony. See; N.Y. Criminal Procedure law(s) § 180.60, 180.70, 180.80. IN both Plaintiffs cases the Plaintiffs have been Denied thier rights to have A speedy trial pursuant to U.S.S 18§3161 of the federal law, also Denied the rights to proceed pro·se and Abilities to proceed pro·se without

PAGE 8

Adequate Access to the court. These Are deprivations of the plaintiffs Sixth Amendment of the U.S. constitution of speedy trial, Also being Denied effective Assistance of counsel what has occured in both PLAINTIffs criminal court cases is that No Preliminary hearing was performed, And it is established that the charges Are complete hearsay, Yet the Court Appointed lawyers Do not get the two plaintiffs charges dismissed based upon speedy trial, And or Dismissed or lowered because it is only hearsay. see; (People of The State of NEW York -us- Hogan, Calon, etc., 780 N.Y.S. 2d 156) Also see; (People of New York -us- McNair, 780 N.Y.S. 2d 883) (Automatic Dismissal of Felony complaint upon completion of ~~ thing~~ 180.80 All hearsay). IN both PLAINTIffs cases After the completion of the N.Y. cpl § 180.80 hearings, with No witnesses, the Courts And Appointed Counsel perimit the Prosecuter to Continue to keep the case open based upon hearsay. violating the Speedy trial law pursuant to (United States status § 18 § 3161 (a), (b), (c)(1) & (c)(2))......... Within five DAys or so, the PLAINtiffs upon entry to this JAil were verified in Court that the charges Are hearsay And meritless pursuant to N.Y. cpl § 180.80 Yet being without A free legal letter, or without Access to the court (typewriter, stamps, legal books) the PLAINtiffs were given Court Appointed lawyers that have failed to preserve the plaintiffs right to speedy trial And Automatic Dismissal pursuant to

PAGE 9

to N.Y.C.P.L. §180.80. see; (79 N.Y. 2d 410)
Also see; (Coleman -us- Alabama, 399 U.S. 1, 90 supreme
Court) (Preliminary hearing; hearsay")...... In the
PLAINTIFF KIM VASQUEZ's criminal charges he was charged
with two seperate identical accusations violating
Double Jeopardy, both having no witness to verify that
the PLAINTIFF harrassed or threatened ANYONE via the
"Internet", yet After being verified It Is ONLY A
hearsay Accusation the District Attorney submitted
A Fraudalent Document pursuant to N.Y. CPL §
180.80 (2) (a), two months After this PLAINTIFF
had a CPL §180.80 hearing, which Is Absolute
unlawfulness by New York law. NO LAWYER
WILL PRESERVE this PLAINTIFFS rights.... The
PLAINTIFF TOT MEANS Is still being Detained and
charged for A hearsay Accusation After having
A N.Y.C.P.L. §180.80 hearing Also. The Rockland
County Appointed Counsel Network refuses to
Assist the PLAINTIFFS. ~~~~~~~~~~ Horrible Counsel is
Provided. ROCKLAND COUNTY BAR ASSOCIATION - 18-b
Network. Assigned Counsels Cristine Ciginak, And
Theresa Del Falco. Both PLAINTIFFS Are powerless
~~~ without Access to the Court see; (United
States -v- MacCollom, 426 U.S. 317 (1976)), Also see;
(Younger -v- Gilmore 418 U.S. 578-579), Also see;
(Bounds -v- Smith, 430 U.S. 817, 97 s.ct. 149) Also
plaintiffs have been Denied speedy trial rights
by the New York state Courts. Sixth Amendment.
PAGE 10

Both Plaintiffs have filed several grievances, most or all get returned and denied, or some just go unanswered. Both Plaintiffs have medical injuries and are fighting to stay healthy also dealing with the mental pain of being unable to litigate our false accusation charges because of the denial of adequate law material, the denial of effective assistance of counsel, and the pain from no medical assistance for the pain. see (Estelle v. Gamble, 429 U.S. 97, 103-104 (1976) (Eighth Amendment) (required to provide medical care) (Not deny medical care). Also see (Arger Swinger vs. Hamlin, 407 U.S. 25 (1972) )(Duty to provide with counsel for trials which may result in right deprivation)

Both Plaintiffs have suffered from right deprivation since being arraigned, and entry upon the Rockland County Correctional Facility by ineffective counsel, no access to the courts, no free legal letters, denial of speedy trial right at arraignment, jurisdictions being dual and not established at all. Both Plaintiffs Judges took Jurisdiction of the charges without establishing cause, and both Plaintiffs continue to suffer, and request imminent, and honest effective assistance of counsel for our civil and criminal matters, also preliminary injunctive relief for the Rockland County Conspiracy pursuant to 18 U.S.C.A § 1962

PAGE 11

## Additional Complaints

The plaintiffs have so many civil right violation which are causing injuries, yet are unqualified to articulate our cases due to our hinderances. Additional injuries and civil right violations include, The plaintiffs have been subjected to being humilated and enduring strip searches without any probable cause. No blanket search rule upon entry. Constant wastes of latex gloves & humiliating degrading strip searches. Tory Means goes to the visit on "Crutches" to see his mother, and is subjected to a strip search (and a detainee.) Kim Vasquez has filed grievance for being humiliated by two officers with no probable cause & forced to spread his butt cheeks for two men. No probable cause. ~~⬤⬤⬤~~ (4th Amendment violation) The Religion, Creed, Culture Procedures in this Rockland County Jail is bias, discriminative, and favors Judaism. The plaintiffs were denied the Islamic holiday the "Eid" in August 2018, also the first "Eid" was denied in June 2018 for Vasquez. All Islam practicers in the facility were denied the Islamic holidays. Nation of Islam, Muslim & five percent nation. There is no Indian chiefs or members or literature no Imam, or minister. Grievances were ignored for this 1st Amendment violation. Both plaintiffs are Indian blood and enjoin Islam.

PAGE 12

Confidentiality Is NON-existant in the Rockland County Correctional facility, in regards to Legal Phone calls. Both Plaintiffs have been Denied also Not provided one-single legal call IN privacy for the Duration of the entire Confinement. Any phone call provided (Not a collect call thats recorded), Is IN the presence of the CHAPLAIN and or a Social worker whom sit there with the plaintiffs while on the phone. Zero Confidentiality legal phone calls are given for free at the Rockland County Correctional Center. Deprivation of our Due Process Rights, and Fist Amendment. On September 2ND, 2018, Plaintiff KIM VASQUEZ was given AN OPENED, STAMP missing, letter from the Department of Justice "U.S. MARSHALL", From the Southern District Court of N.Y, IN the Rockland County Jail, location C-WING, Time Approximately at 9:30 A.M. to 10:15 A.M., Correctional officer Maracbel had the opened letter IN the officers Desk. The Plaintiff felt violated because the facility STAFF John Does), violated the legal MAIL Privacy rights, Also parts of the legal Records IN the MAIL Appear to be Missing. This was shocking, stressful, also a violation of the 1st amendment also Due Process right violation. Having no privacy and ability to speak to a Lawyer or even the Courts or Authorities In private concerning the Abuse, Neglect, and Deprivation of human and Civil rights IN this County, Causes so much Frustration, hopelessness, headaches, Depression, and Sorrow. The Plaintiffs feel like slaves.

PAGE 13

THE KEEFE COMMINSARY NETWORK charges the PLAINTIFFS extra to purchase STAMPS. The plaintiffs Are subjected to PAYING $50 for A STAMP broken down, yet must buy the entire 10 stamps for $5.00. This Is A VIOLATION of United States Statue 39 § 101(d)(postal Policy) which states: "postal rates shall be established to apportion the costs of All postal operations to All users of the MAIL on A fair And equitable basis." It is illegal to charge extra for postage. The ROCKLAND County Correctional facility Is Depriving us of this Right to be protected from fraud, And SCAMS, Also Civil Rights VIOLATIONS. The KEEFE COMMINSARY NETWORK Is taking the PLAINTIFFS property (funds) for personal And private use And not providing COMPENSATION, Also INFLATING postAl rates and committing postAl fraud. This Is So frustrating on the PLAINTIFFS because we must PAY $5.00 IN Order to buy single STAMPS, to write to Courts without Any legal Access, Also to have legal MAIL opened out of the presence of the PLAINTIFF, Also to be Deprived And Denied free legal MAIL. This CAUSES migraines, headAches, Depression, And brings tears to the PLAINTIFFS eyes. VIOLATIONS of the 1st, Fifth th And 14th Amendments of U.S. CONSTITUTION. Also see (Bounds -us- Smith) Every VIOLATION or INFrAction the PLAINTIFF seek Justice upON And Judicial intervention Is required And sought Also legal intervention (PRO BONO COUNSEL)

PAGE 14

The Rockland County legislative System has It structured so the Plaintiffs Do not have Access to the Court, because both Plaintiffs want to take control of thier Estates, Real Property estates, And Control of Royalties. Pursuant to the RICO law, the Judges In Rockland County possess interests In Real Property, And real estate. County Judge David S. Zuckerman is involved with "The New York Sports Club", Real estate, Real Property, The Rockland County Court has both Plaintiffs names In Court records under "I AND", Depriving the Plaintiffs ability to redeem And prevent ongoing Commercial theft And Commercial Real Property theft, And Money laundering, slavery, etc... Because both Plaintiffs Are being Denied Adequate access to the Courts, Also being forced to be held on bonds by Courts involved In the Collection And Theft of Real Property funds And "Estate" (live-Stock, Slave-trade). This is R.I.C.O., And inhumane, slave-traffick, Also Conflict of interest. Federal Protection Of our Civil Rights Is required because this is A Rockland County, And New York State Real Property Scheme. Legal Counsel Is Requested to Redeem our Estates, Real Property Titles, Also To Be Removed from The Rockland County/New York Real Property, County Court Scheme System.

PAGE 15

(Descriptions of Dates)
ADDITIONAL INJURIES / COMPLAINT

On February 9, 2018, Clarkstown Police officers John Doe(s) entered the Dwelling of 333 congers Road New City, NY 10956, Assaulted the PLAINtiff Kim VASQUEZ, causing massive blood to exit his Face And head injuries. John Doe(s) handcuffed the PLAINtiff while blood was exiting his face. The PLAINtiff has suffered PAIN AND suffering in his head Also traumatic memories. This is Excessive Force Also The "PLAIN clothes" JOHN DOE(s), had NO WARRANT to enter the Dwelling. This is GANG ASSAULT, Also Home INVASION. The PLAINtiff has Not been released from Custody since this event which violated his 4th Amendment of the US. Constitution. NO NEW YORK STATE COURT, OR LAWYER will HOLD THESE JOHN DOE(s), police Accountable or Admit Fault And release the PLAINtiff for this clear violation of the 4th Amendment. NO NEUROLOGY EXAMS HAVE been performed, Also NO PICTURES ARE TAKEN. (This occured At Approximately 9:00 p.m.)

ON February 9, 2018 ON or About 12:00 p.m. IN the ROCKLAND County Correctional Facility John Doe Correctional Officers Jumped the PLAINtiff, sprained his elbows, using AN very excessive Amount of force. The PLAINtiff WAS IN PAIN for Several Weeks. This occured IN the INtake AReA OF the JAIL.

PAGE 16

This PLAINtiff Is KIM VASQUEZ, the PLAINtiff only spoke, And was Assaulted. This Is retaliation for freedom of speech, And CAUSED him INJURY. Violations of the 1st And 8th Amendment, Also 4th Amendment. (freedom of speech retaliation, excessive force, And cruel And unusual punishment.)

from the DAtes of february 9, 2018 untIl MARch 27, 2018 The plAINtiff KIM VASQUEZ suffered pain, headaches, sore elbows, migraines, Denied Neurology, Denied physical therapy by neglect of the RockLAND County Medical DepARtment, by the INJuries CAUSED by CLARKStown PolIce offIcers John Doe(s) & RockLAND County Correctional offIcers John Doe(s), Also from the pAIN & frustration of being Denied Access to the Court Also being Denied A free ~~costed~~ Confidential legal cAll And being held AS A slave of the County JAIL. Also being strip searched. from MARch 27, 2018 from June 12, 2018, the plAINtiff was IN "custody" of the New York state Department of Corrections & CommunIty SupervisioN, And never received physical therapy, NeuroLogICAL CARE, Also X-rays revealed A bruise IN the plAINtiffs rib AReA. THIS plAINtiff has endured Much Abuse, beatINgs, And INJuries AND continues to suffer, without being given Adequate medical CARE, Neurology treAtment, And physical therapy.

PAGE 17

ON June 12, 2018 the plaintiff was brought back to the Rockland County Correctional facility, subjected to Another strip and being humiliated. The plaintiff had a head injury on April 3rd, 2018 in Downstate Corr. facility because he passed out And fell on his face because of being Deprived of medical treatment And being subjected to living with AN INTERNAL brain Damage injury, from which this plaintiff continues to endure & suffer DAILY. This is Due to the Neglect of the Rockland County Correctional facility Medical Department & injuries Caused by the John Doe(s). This is still ongoing.

From June 12th, 2018 to the Present Date the plaintiff Kim Vasquez has been Denied Access to the Court also Ability to make a private free legal phone call.

Plaintiff Kim Vasquez began Court proceedings on March 9, 2018 & Plaintiff Tory Means began Court proceedings on August 10, 2018. Since these DAYS plaintiffs have been Denied Access to the Courts 1st Amendment, No free phone call In privacy, Stress, headaches, Migraines, frustration, Depression, innifective Assistance of counsel, Deprived right to speedy trial, Anxiety Also. Violations of fifth, 6th & 14th, & 1st Amendment(s)

PAGE 18

Both Plaintiffs, Now on this Day of September 3rd 2018 Are being IN pain, going through Difficulties to obtain physical therapy, Medical care, Ability to Access the Courts. Wish So much to have the Ability to MAKE A confidential phone call to legal representation, legal Authorities, or Any Court, Also wish we Did not have to pay extra fees to write A letter for the hopes to obtain help AND Aid IN gaining medical care AND our civil rights. This is very painful. This Is DAily and Ongoing.

Plaintiff Tory MeANS was Arraigned IN Spring Valley Court located At 200 North MAIN street spring valley, N.Y. 10977, Attorney given was Christina Ciganek (Appointed Counsel (18-b) on August 10, 2018, AND Denied Right to speedy trial pursuant to federal law. Pursuant to Article II of the U.S. Constitution sub. (2). And Amendment Number II of the united states Constitution.

Plaintiff KIM VASQUEZ was Arraigned on March 9, 2018 IN Clarkstown Town Court without counsel and Denied right to proceed pro-se, Also Denied speedy trial right by Judge Howard Gerber. then Arraigned Again for the same charge ON June 5th, 2018. forced To be represented by the Rockland County Public Defenders Stephanie Jordan, christopher waters, David Constanza, And (18-b lawyer Theresa DiFalco)

PAGE 19

Kim Vasquez has been Denied ~~her~~ Right to A speedy trial since March 9, 2018, Denied right to proceed pro-se, victim of Double Jeopardy, All based upon hearsay for the plaintiffs stolen property by the Rockland County Court System (Real Property) violations of federal law & federal constitution pursuant to Article VI of the United states constitution sub.(2), And U.S. constitutional amendment(s) 1, ~~2~~ 5, 6, & 14, Also 8.

Both Plaintiffs Are injured, in pain, being Denied Ability to Access the Courts with legal books, or make A confidential phone call to legal Authorities. Both Plaintiffs Refuse to continue to be subjected to overpaying for U.S. postage, And request to be provided emmediate Justice, And emmediate Appointment of Pro-bono Counsel. Both Plaintiffs Mutually confirm of migraines and pain and stress from this Difficult task of trying to ~~----~~ communicate with the Court to recieve our Civil Rights And to get medical treatment. This causes us Plaintiffs pain. We Request Also to be provided our religious & culture rights, And to not be Degraded And humiliated by strip searches by Men, And to be released from these hearsay Allegations. We Request our Estates And (And (Real Property) Also.

PAGE 20

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

September 3, 2018
_____
Dated

Plaintiff 1. Tory Means   Plaintiff 2.   Plaintiff 2. TL
_____
Plaintiff's Signature

Plaintiff 1. Tory L. Means    Plaintiff 2. KIM VASQUEZ (KUM KEY YEE III)

51 NEW HEMPSTEAD ROAD (ROCKLAND COUNTY Correctional)
_____
Prison Address

ROCKLAND County (NEW City)        NY        10956
_____
County, City          State          Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: Sept. 3rd, 2018

BOTH PLAINtiffs TORY MEANS AND KUM KEY YEE III (KIM VASQUEZ), seek To proceed without prePAYMENt of fees, puisuant to 28 U.S.C. §1915. Both PLAINtiffs Are IN IMMINENt DANger ANd Are suffering, Also ARe INDIGENt. SWORN BY PLAINtiffs

Executed DAte: 9/3/2018    Tory Means / Tory Means    X KIM VASQUEZ    PAGE 21

KA1

| 0-1003* | 1 CS | BOOK OF TEN STAMPS | 1050 | 5.00 |
|---|---|---|---|---|
| D-2323 | 2 EA | MOON LODGE PRETZELS 1 | 6108 | 4.20 |
| J-3289 | 7 EA | #10 WHITE ENVELOPE | 1010 | 0.49 |

Total Pick Qty  10                                    SubTotal:     9.69
Total Weight  1.52 Lbs                                    Tax:     0.00
                                                        Total:     9.69

I have checked and received this order with any and all credits/shortages as
indicated herein.

Signed:_____ _____ Date:_____

Witnessed By:_____ Date:_____

## CORRECTIONAL HEALTH SERVICES
## SPECIAL REQUEST

TO: _Correction_

DATE: _08 27 18_

INMATE'S NAME: _Tory Means_

HOUSING (CELL #): _____

INSTRUCTION: _No Weight bearing_
_Crutch, x 1 week will re-evaluate_
_Saturday No Stairs 1 week_

DURATION: _1 week_

Correctional Health
Nurse/Physician

*Going to amd Mem*
*on 1/2/18  C 450*

### New York State Commission of Correction
### Inmate Grievance Form
Form SCOC 7032-1 (11/2015)

Facility: Rockland County Correctional Center                    Housing Location: C-19

Name of Inmate: Tony mams                    Grievance #: _____

**Brief Description of the Grievance** *(Submitted by the grievant within 5 days of occurrence)*
Number of Sheets Attached ( )

went to See medical was told by hed nurse was to See
orthopedic never seen him and was to be seen yesterday by
nurse never seen him

**Action requested by the grievant** *(Submitted by the grievant within 5 days of occurrence):*
Number of Additional Sheets Attached ( )

Want's to Be Seen By orthopedic

Grievant Signature: Tony mams                    Date/Time Submitted: 090218/1115

Receiving Staff Signature: _____          Date/Time Received: 090218/1115

Investigation Completed by: _____          Date Completed: _____

**Decision of the Grievance Coordinator**                    Number of Sheets Attached ( )
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

☐ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)
☐ Grievance Accepted
☐ Grievance Denied on Merits
☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)
☐ Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)

Signature of the Grievance Coordinator: _____          Date: _____

( RELIGIOUS AND RACIAL DISCRIMINATION )

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

Facility: Rockland County Correctional Center     Housing Location: C-31

Name of Inmate: Kim Vasquez     Grievance #: _____

Brief Description of the Grievance *(Submitted by the grievant within 5 days of occurrence)*
Number of Sheets Attached ( )

( THIS GRIEVANCE REQUIRES A MEETING AND IS REAL URGENT )

Rockland County Correctional facility has Denied me
my islamic holiday again, I am nation of islam as well as
Jindian & there is no minister and no indian tribunal member
to communicate with and or literature in this facility. I AM forced to
Adhere to the bible (Judaism) IN this County, I DO NOT Agree with JUDAISM
By its REAL PROPERTY THEFT BEING PERMITTED BY THE JEWISH COURTS & FORCING US
TO BE DENIED OUR CREEDS.

Action requested by the grievant *(Submitted by the grievant within 5 days of occurrence)*:
Number of Additional Sheets Attached ( )  I REQUEST A NON-DISCRIMINATIVE CASE (IMPARTIAL)
I request equality exactly as the Jew's recieve in regards to
religion the same priveledges as well as the out side support
~~_____~~ the JEWS GET
~~_____~~ & Holiday RIGHTS

Grievant Signature: ~~_____~~ "ASIAN INDIAN AFRICAN"     Date/Time Submitted: 8/24/18  1026

Receiving Staff Signature: A Cempol     Date/Time Received: 8/24/18  1026

---

Investigation Completed by: _____     Date Completed: _____

**Decision of the Grievance Coordinator**     Number of Sheets Attached ( )
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
☐ **Grievance Accepted**
☐ **Grievance Denied on Merits**
☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

_____
_____
_____
_____
_____
_____
_____

Signature of the Grievance Coordinator: _____     Date: _____

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

Facility: Rockland County Correctional Center          Housing Location: C 31

Name of Inmate: KIM VASQUEZ          Grievance #: _____

**Brief Description of the Grievance** *(Submitted by the grievant within 5 days of occurrence)*
(I DO NOTHING illegal, I AM humble And GOD FEARING)
Number of Sheets Attached (  ) (ON JULY 10, 2018)
I WAS ORDERED TO strip And spread MY Butt cheeks IN front of two Men. I Did NOT Appreciate this, I AM NOT GAY. I told the officeis I AM NOT GAY AND MY (LEGAL PAPERS AND) pens Were TAKEN because I spoke MY feelings. This behavior Is barbaric, YA CAN NOT strip search people FOR NO reason, UPON every SHAKE DOWN. THIS IS WRONG. see "AnthoNY DODGE-V- COUNTY OF ORANGE, 282 F.SUPP

**Action requested by the grievant** *(Submitted by the grievant within 5 days of occurrence)*: 2D 41 (2003)
NO RETALIATION PLEASE CONTACT P.R.E.A. PLEASE
Number of Additional Sheets Attached (  )     I WANT MY property returned ~~ASAP~~
I request to be left be. This Is the second time I HAVE been SEXUALLY rANDOMLY violAted by MEN IN THIS JAIL. The last time WAS on JUNE 13th, 2018, when the C.O. CAME IN the shower with TWO civiliANs while I WAS NAKED. Respect Me, I AM NOT GAY, It IS A Mismatch All You GUYS AgAinst Me... I WANT PEACE PLEASE

Grievant Signature: _____          Date/Time Submitted: July 14th, 2018

Receiving Staff Signature: [signature]          Date/Time Received: 7/15/16 @8:15 pM.

_____

Investigation Completed by: _____          Date Completed: _____

**Decision of the Grievance Coordinator**          Number of Sheets Attached (  )
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

☐ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)
☐ Grievance Accepted
☐ Grievance Denied on Merits
☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)
☐ Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)

_____
_____
_____
_____
_____

Signature of the Grievance Coordinator: _____          Date: _____

**New York State Commission of Correction**
<u>Inmate Grievance Form</u>
Form SCOC 7032-1 (11/2015)

Facility: <u>Rockland County Correctional Center</u>          Housing Location: <u>C - 31</u>

Name of Inmate: <u>KIM VASQUEZ</u>          Grievance #: _____

<u>Brief Description of the Grievance</u> *(Submitted by the grievant within 5 days of occurrence)* STAMPS Are 47¢
Number of Sheets Attached ( )  *This facility charges $5.00 for 10 stAmps This Is illegal !!!!

THERE IS NO LAW CLERK AT All

I Do Not get Adequate Access to the court. This Is My 1st Amendment RIGHT. This JAIL Does NOT provide Typewriters, CARbon PAPER, Pens, envelopes, PAPER, Books, The lawyers DiARy (No lawyers or courts Adresses or phone Numbers). No legal stamps Are provided. I hAve been held unAble to litigate My cAse AdequAtelly Due to this. Im still waiting for My letter And phone call by lAw Im Due to recieve. see; CPL §170.10

<u>Action requested by the grievant</u> *(Submitted by the grievant within 5 days of occurrence):*
Number of Additional Sheets Attached ( ) FrEE LEGAL PHONE CALLS, phone
All DAY Access TO THE COURTS, Free legal MAIL, CArbon pApER, courts & lAw yer Adresses & Numbers PAPER, PENS, stAples, envelopes, legal BOOKS, Typewriter Access, All (My Eist Amendment Rights.) see; younger - v - BilmorE 418 U.S. 578 Also see; Bounds - v - smith, 430 U.S. 817. I wANt AssistANce to gEt ME (No PUbLiC DEFENDER collect call "county") released ASAP Due to this.

Grievant Signature: _____ *(SCAN)* Date/Time Submitted: July 14, 2018 10:15 p.M.

Receiving Staff Signature: _____ Date/Time Received: 7/15/18  0910

Investigation Completed by: _____          Date Completed: _____

<u>Decision of the Grievance Coordinator</u>          Number of Sheets Attached ( )
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
☐ **Grievance Accepted**
☐ **Grievance Denied on Merits**
☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

_____

_____

_____

_____

_____

Signature of the Grievance Coordinator: _____          Date: _____

9/3/18   Inmate states that legal mail was not opened in his
presence and that content may be missing — (2)

### New York State Commission of Correction
### Inmate Grievance Form
Form SCOC 7032-1 (11/2015)

Facility: Rockland County Correctional Center _____   Housing Location: _____ C - 31 _____

Name of Inmate: Vasquez, Kim _____   Grievance #: _____

**Brief Description of the Grievance** *(Submitted by the grievant within 5 days of occurrence)*
Number of Sheets Attached ( )

On September 2, 2018, at approximately 9:15 A.M. to 10:15 A.M.,
I, Kim Vasquez (Kim Betzalel III) was given my legal mail "sent
the Department of Justice and it was ripped open already.
It appears as if one Document or more was missing. Officer
Marabel had my mail in the C-wing officers desk draw.
And he gave me my letter unsealed. This violates my confidential
**Action requested by the grievant** *(Submitted by the grievant within 5 days of occurrence):*  legal correspondence rights
Number of Additional Sheets Attached ( )

I request my legal correspondence to be confidential
without this facility invading my privacy and breaking
federal, & state laws. No one opens my legal mail
from Government officials except Myself. Also no one taking
My legal documents.

Grievant Signature: _____   Date/Time Submitted: September 3, 2018

Receiving Staff Signature: _____   Date/Time Received: 9/3/18 8PM

Investigation Completed by: _____   Date Completed: _____

**Decision of the Grievance Coordinator**   Number of Sheets Attached ( )
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

☐  Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)
☐  Grievance Accepted
☐  Grievance Denied on Merits
☐  Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to  CAO)
☐  Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)

_____
_____
_____
_____
_____
_____

Signature of the Grievance Coordinator: _____   Date: _____

to see the Doctor

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

Facility: Rockland County Correctional Center _____ Housing Location: C-17

Name of Inmate: Means, Tory _____ Grievance #: _____

**Brief Description of the Grievance** *(Submitted by the grievant within 5 days of occurrence)*
**Number of Sheets Attached ( )**

on Saturday Sept 1st 2018 i was supposed to be called to see the
Doctor at Rockland County Correction's medical Department after
returning from my visitation, i was on the list to see the doctor and
was made aware By the officer at medical i was supposed to Be
re-evaluated By the Doctor and never was seen.

**Action requested by the grievant** *(Submitted by the grievant within 5 days of occurrence):*
**Number of Additional Sheets Attached ( )**

To be made aware of why i wasnt called to see the Doctor ~~on~~ on Saturday Sept 1
2018 after Being told that after my visit i was going to Be call By the Doctor
By the officer that was working medical for the re-evaluation that was
supposed to Be Done that wasn't, i never refused, i was not seen.

Grievant Signature: Tory Means _____ Date/Time Submitted: 9/3/18  1320

Receiving Staff Signature: _____ Date/Time Received: 9/3/18  1320

Investigation Completed by: _____ Date Completed: _____

**Decision of the Grievance Coordinator** _____ **Number of Sheets Attached ( )**
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and
reasons underlying the determination*

☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
☐ **Grievance Accepted**
☐ **Grievance Denied on Merits**
☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be
   appealed to CAO)**
☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts
   below)**

_____
_____
_____
_____
_____
_____
_____

Signature of the Grievance Coordinator: _____ Date: _____

(Confidential)
Legal Correspondence

To: The Court Clerk
United States Court house
Southern District of New York
500 Pearl Street, NY, NY 10007

US
~~mpstead Rd
NJ 11856

2018 SEP 11  AM 10:54
SDNY DOCKET UNIT